**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, JOSEPH PETROSKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JOSEPH PETROSKE,<br><br>          Defendant. | CASE NO.  6:18-mj-00010-MJS<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE AND FOR INITIAL APPEARANCE BY VIDEO CONFERENCE; ORDER**<br><br>Date:     May 15, 2018<br>Time:    10:00 a.m.<br>Judge:   Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant JOSEPH PETROSKE, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear via video conference.  Mr. Petroske agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

Mr. Petroske is charged with 1 count of 36 CFR 2.35(c) – Under the Influence of alcohol or a controlled substance, and 1 count of 36 CFR 2.32(a)(1) – Disorderly conduct: interfering with an agency function.

///

///

Mr. Petroske is a resident of Deming, Washington. He is a college student, in Washington State, finishing his last year of college as an engineering major. He is being actively recruited for employment by well established companies upon his graduation. Travel to Yosemite National Park for the initial appearance hearing for Mr. Petroske will take several days that Mr. Petroske is normally in school.  Mr. Petroske has no criminal history.

Mr. Petroske respectfully requests that the Court grant a waiver of his right and obligation to be personally present during his initial appearance and that he be permitted to appear via video conference from the U.S. District Court for the Western District of Washington in Seattle, Washington.  The Legal Officer for the National Park Service does not object to Mr. Petroske appearing for his initial appearance via video conference.

Dated:  March 12, 2018

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
JOSEPH M. PETROSKE

## ORDER

GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal appearance and request to appear via video conference at the initial appearance hearing in Case No. 6:18-mj-00010-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:  March 15, 2018

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE