Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number: 6:18-mj-0010-JDP |
| Plaintiff, | |
| | **MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
| JOSEPH M. PETROSKE, | |
| Defendant. | |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for June 19, 2019. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on July 17, 2018.

.

Dated: June 14, 2019                /S/ Susan St. Vincent
                                        Susan St. Vincent
                                        Legal Officer
                                        Yosemite National Park

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for June 19, 2019 in the above referenced matter, *United States v. Petroske, 6:18-mj-0010-JDP*, be vacated.

IT IS SO ORDERED.

Dated:    June 14, 2019    

UNITED STATES MAGISTRATE JUDGE